DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVY KOGAN,**
Appellant,

v.

**LESLIE HERRERO,**
Appellee.

No. 4D22-1141

[May 11, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 50-2022-DR-002046-XXXX-MB.

Greg Rosenfeld of the Law Offices of Greg Rosenfeld, P.A., West Palm Beach, for appellant.

Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, and Jane W. Morin of Domestic Violence Project, Legal Aid Society of Palm Beach County, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***